UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MAGDY ABDELSALAM HASSAN<br>a/k/a Magdy I. Hassan,<br>    Defendant. | **05 CR 10051 RWZ**<br>CRIMINAL NO.:<br><br>VIOLATIONS:<br>Count 1: 8 U.S.C. §1326<br>Illegal Re-entry of a Deported Alien<br>Count 2: 18 U.S.C. §1028A(a)(1)<br>Aggravated Identity Theft |

## INDICTMENT

**COUNT ONE**: 8 U.S.C. §1326 – Illegal Re-entry of a Deported Alien

The Grand Jury charges that:

On or about February 10, 2005, at Boston, Massachusetts, in the District of Massachusetts,

**MAGDY ABDELSALAM HASSAN,**

the defendant herein, being an alien and having been excluded, deported and removed from the United States, was found in the United States without having received the express consent of the United States Attorney General prior to March 1, 2003, or the express consent of the Secretary of the Department of Homeland Security since that date, to reapply for admission to the United States.

All in violation of Title 8, United States Code, Section 1326 (a)(1).

**COUNT TWO**:  18 U.S.C. §1028A(a)(1) – Aggravated Identity Theft

The Grand Jury further charges that:

On or about February 10, 2005, at Boston, Massachusetts, in the District of Massachusetts,

**MAGDY ABDELSALAM HASSAN,**

the defendant herein, did knowingly possess, without lawful authority, a means of identification of another person, to wit, Magdy I. Hassan, who was born on February 15, 1975, during and in relation to commission of a crime enumerated at Title 18, United States Code, Section 1028A(c)(10), to wit, Illegal Re-entry of a Deported Alien.

All in violation of Title 18, United States Code, Section 1028A(a)(1).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
PAUL R. MOORE
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS ; March 9, 2005, at _____.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

3/9/05
@ 2:10pm

JS 45 (5/97) - (Revised USAO MA 3/25/02)

**05 CR 10051 RWZ**

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** II     **Investigating Agency** ICE

**City** Boston     **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   MAGDY ABDELSALAM HASSAN     Juvenile ☐ Yes ☒ No

Alias Name   Magdy I. Hassan

Address   South Bay Correctional Facility (ICE Custody)

Birth date: 1975    SS#: unknown    Sex: M    Race: Arabic    Nationality: Egyptian

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Paul R. Moore     Bar Number if applicable   632312

Interpreter: ☒ Yes ☐ No    List language and/or dialect:   Arabic

Matter to be SEALED: ☐ Yes ☒ No

☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as of   Feb. 10, 2005   in   custody of B.I.C.E.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:** ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: March 9, 2005     Signature of AUSA: _/s/ P.R.M._

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant    MAGDY ABDELSALAM HASSAN

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 8 U.S.C. §1326 | Illegal Re-entry of a Deported Alien | 1 |
| Set 2 | 18 U.S.C. §1028A(a)(1) | Aggravated Identity Theft | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____