AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
V.
**MAGDY ABDELSALAM HASSAN**
a/k/a Magdy I. Hassan
DOB: 2/15/1975

**WARRANT FOR ARREST**

CASE NUMBER: 05-_____

05CR10051RWZ

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____**MAGDY ABDELSALAM HASSAN**_____
                                                                            Name

and bring him forthwith to the nearest magistrate to answer a(n)

X  Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with: (brief description of offense)

**Illegal Re-entry of a Deported Alien;**
**Aggravated Identity Theft;**

in violation of Title __8__ United States Code, Section __1326(a)__ ;
and in violation of Title __18__ United States Code, Section __1028A(a)(1)__ .

_Catherine M. Gawlik_                                   _Supervisor_
Name of Issuing Officer                                  Title of Issuing Officer

_Catherine M. Gawlik_                                   _3-9-05  Boston_
Signature of Issuing Officer                             Date and Location

Bail fixed at $_____    by _____
                                                                      Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 3/10/05 | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: MAGDY ABDELSALAM HASSAN

ALIAS: Magdy I. Hassan

LAST KNOWN RESIDENCE: South Bay Correctional Facility

LAST KNOWN EMPLOYMENT: unknown

PLACE OF BIRTH: Egypt

DATE OF BIRTH: 2/15/1975

SOCIAL SECURITY NUMBER: unknown

HEIGHT: approx. 5'5"          WEIGHT: 130 lbs.

SEX: Male                     RACE: Arabic

HAIR: Brown                   EYES: Brown

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: scar on left shoulder


FBI NUMBER: 427758DC3

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Immigration and Customs Enforcement, Department of Homeland Security, Boston Division