# UNITED DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | **05-10051** |
| | ) | |
| **MAGDY HASSAN** | ) | |

## ASSENTED TO MOTION TO CONTINUE

Now comes the defendant in the above-captioned case and requests that the status conference be continued from its presently scheduled date of May 6, 2005 to May 20, 2005.

As reason therefore, the defendant says that he needs additional time to review the discovery.

Assistant United States Attorney Paul Moore assents to this motion.

The defendant agrees that the additional time will be excluded for speedy trial considerations.

For the defendant,

/s/ Edward L. Hayden
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430