UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10051-RWZ |
| | ) | |
| MAGDY ABDELSALAM HASSAN, | ) | |
| Defendant. | ) | |

**ASSENTED-TO MOTION FOR EXCLUDABLE TIME FROM
MARCH 10, 2005 THROUGH AND INCLUDING MAY 20, 2005**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant U.S. Attorney Paul R. Moore, and the defendant, MAGDY ABDELSALAM HASSAN, by and through his counsel, Edward L. Hayden, Esq., jointly move pursuant to § 3161(h)(8)(A) that the period from the date of the Arraignment, March 10, 2005, through the date on which an Initial Status Conference was held in this matter, May 20, 2005, be excluded from computation under the Speedy Trial Act of the time within this case must be tried. As reasons therefore, the parties represent that this brief continuance was necessary so that the parties could continue to examine the evidence in this matter and explore possible resolution of the matter without going to trial. Therefore, it is in the interests of justice that the current motion be allowed.

WHEREFORE, the parties respectfully request that the Court enter a written order of excludable delay covering the period from March 10, 2005, through May 20, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney

          MAGDY ABDELSALAM HASSAN
          Defendant

By:   /s/ Edward Hayden (by govt)[1]
      Edward L. Hayden, Esq.
      Counsel for Defendant

DATE: May 20, 2005

---

[1] This Motion reflects the Defendant's previous assent to exclude the period of time between the Arraignment and Initial Status Conference.