# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 05-10051-RWZ

UNITED STATES OF AMERICA

v.

MAGDY ABDELSALAM HASSAN
a/k/a Magdy I. Hassan

## FINAL STATUS REPORT

May 20, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with unlawful reentry of a deported alien and aggravated identity theft, was returned on March 9, 2005;

2. The defendant was arraigned on the Indictment on March 10, 2005;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately ten witnesses and that the trial would last approximately two days;

5. Counsel for the defendant indicates that the case will be resolved by way of trial;

6. As of the date of this Final Status Report, time has been excluded through May 20, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.


  /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge

2