UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                                     ) | CRIMINAL NO. 05-10051-RWZ |
| ) | |
| ) | |
| MAGDY ABDELSALAM HASSAN,     ) | |
| a/k/a Magdy I. Hassan,                    ) | |
|               Defendant.                       ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, hereby submits this Proposed Exhibit List[1] in the above-captioned matter. The government reserves the right to supplement, modify, or withdraw from this list.

   1 - "Judgment in a Criminal Case"  (United States District Court - Southern District of New York) (February 19, 2002)

   2 - Full Fingerprint Card - Immigration and Naturalization Services (hereinafter "INS" or "ICE") - (taken on October 23, 2000)

   3 - Full Fingerprint Card - Customs and Border Protection (hereinafter "CBP") - (taken on February 25, 2005)

   4 - Federal Bureau of Investigation's Findings[2] (comparison / identification of prints in

---

[1] For easier reference, all items are from Alien Registration File "A78 197 095" unless otherwise noted.

[2] This exhibit has not been received by the government, as the FBI makes this second and final comparison (in anticipation of trial). It is anticipated that it will yield the same determination as made previously by the FBI in making the identical comparisons (as previously made available to defense counsel). Defense counsel will be notified immediately upon receipt and provided, at the soonest possible time, a copy of this item.

Exhibits 2, 3, and 5) (current finding dated February 25, 2005)

     5 - "Warrant of Removal / Deportation" (June 4, 2002 and May 20, 2003) (includes print)

     6 - "Order of Removal by Immigration Judge" (April 30, 2002)

     7 - "Record of Deportable / Inadmissible Alien" (February 10, 2005)

     8 - Certified Non-existence of Record for Permission to Re-enter (March 8, 2005)

     9 - Egyptian Passport ("Magdy Abdelsalam Mahmoud Hassan") (issued June 22, 2001)

     10 - "I-512" - "Authorization for Parole of an Alien into the United States" (in name of "Magdy I. Hassan")

     11 - Social Security Card in name of "Magdy I. Hassan" (signed "Magdy Hassan")

     12 - Employment Authorization Card in name of "Magdy I. Hassan" (signed "Magdy Abdelsalam")

     13 - "Record of Sworn Statement in Affidavit Form" (December 13, 2002)

     14 - Bond Release Papers ("Magdy Abdelsalam Hassan") (October 30, 2000)

     15 - "I-877" - "Record of Sworn Statement and Administrative Proceeding" (February 10, 2005)

     16 - "I-214" - Acknowledgment of Rights / Waiver (February 10, 2005)

     17 - Visa Card (Bank of America; issued July 22, 2004 to "Magdy A. Hassan"

     18 - Bank Card (Citibank; issued August 2001 to "Magdy A. Hassan")

     19 - Marriage Certificate (issued February 28, 2001 by New York State Department of Health - Westchester County - to "Magdy Abdelsalam Mahmoud Hassan")

20 - Customs Declaration Form (dated "February 11, 2005" and signed "Magdy Hassan")

21 - Copy of Airline Ticket (for travel on February 10, 2005)

22 - "Sales Tax" Form issued by New York State Department of Finance to "Magdy A. Hassan" (date-stamped July 1, 2002)

23 - "I-130" - "Petition for Alien Relative" (dated March 8, 2001 in name of "Magdy Abdelsalam Hassan")

24 - "I-485" - "Application to Register Permanent Resident or Adjust Status" (dated March 8, 2001 in name of "Magdy A. Hassan")

25 - New York City Vending License (issued July 15, 2002 to "Magdy A. Hassan")

26 - "Notice of Violation and Hearing" issued by City of New York Environmental Control Board (issued January 15, 2003 to "Magdy A. Hassan")

27 - Copy of Birth Certificate of Joelle Micaela Bernard

28 - Copy of Social Security Card of Joelle Micaela Bernard

29 - New York State Identification Card of Joelle M. Bernard

30 - Egyptian Birth Certificate (and attached translation) of "Magdy Abdelsalam Mahmoud Hassan"

31 - Form "G-325A" - "Biographic Information" ("Magdy Ibrahim Hassan") (dated January 12, 1999)

32 - INS Form (Processing Information (Parts 1, 2 and 3 for "Magdy I. Hassan" dated April 11, 2003)

33 - INS Photographic Record (Magdy I. Hassan included in April 11, 2003 record)

34 - Code of Federal Register 8 CFR Parts 214, 215 and 235 - Presidential Executive Order dated December 20, 2003 (not from Alien file)

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                    By:    /s/ Paul R. Moore
                            Paul R. Moore
                            Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this document upon the counsel for the defendant, Edward L. Hayden, Esq., by first class mail, on this 24th day of May, 2005.

                                            /s/ Paul R. Moore
                                            Paul R. Moore
                                            Assistant U.S. Attorney