UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 05-10051-RWZ |
| | ) | |
| MAGDY ABDELSALAM HASSAN, | ) | |
| a/k/a Magdy I. Hassan, | ) | |
| Defendant. | ) | |

GOVERNMENT'S WITNESS LIST

The government hereby gives notice that it may call the following persons as witnesses during its case-in-chief:

1. Criminal Enforcement Officer Jennifer McGrath-Boyle
   Customs and Border Protection
   Department of Homeland Security
   Logan International Airport - Terminal "E"
   Boston, Massachusetts  02128

2. Officer Francesco Campo (formerly Immigration Inspector)
   New Hampshire State Police
   10 Hazen Drive
   Concord, New Hampshire  03302

3. Senior Fingerprint Specialist Genius Johnson
   Federal Bureau of Investigation
   Special Processing Center - Module E-2
   Department of Justice
   100 Custer Hollow Road
   Clarksburg, West Virginia  26306

4.     Officer Joann Sassone
       Records and Information Services
       United States Dept. of Homeland Security
       Immigration and Customs Enforcement
       JFK Building - Room E160
       Government Center
       Boston, Massachusetts 02203

5.     Bouchaib Bakhouch
       Arabic Interpreter
       Massport
       One Harborside Drive
       Suite 200S
       East Boston, MA 02128-2909

6.     Officer Brian Levitre
       Supervisor, Passenger Analysis Unit
       Customs and Border Protection
       Department of Homeland Security
       Logan International Airport - Terminal "E"
       Boston, Massachusetts  02128

7.     Joelle M. Bernard
       106 Snediker Avenue
       Apartment 2
       Brooklyn, New York   11207

                             Respectfully submitted,

                             MICHAEL J. SULLIVAN
                             United States Attorney

               By:    /s/ Paul R. Moore
                          Paul R. Moore
                          Assistant U.S. Attorney

Dated: June 24, 2005

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above document was served upon the attorney for defendant, Magdy Abdelsalam Hassan, Edward L. Hayden, Esq., on June 24, 2005, via first class mail.

      /s/ Paul R. Moore
      Paul R. Moore
      Assistant U.S. Attorney