UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | )   CRIMINAL NO. 05-10051-RWZ |
| | ) |
| | ) |
| MAGDY ABDELSALAM HASSAN, | ) |
| a/k/a Magdy I. Hassan, | ) |
| Defendant. | ) |

### GOVERNMENT'S REQUESTED VOIR DIRE QUESTIONS

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, respectfully requests that the Court ask prospective trial jurors in the above-captioned case the following questions:

1. Do any among you have any conscientious objections or mental reservations against the present immigration laws which would impair your judgment, so as to prevent you from rendering a fair and impartial verdict?

2. Do any of you have misgivings regarding the federal law that makes it illegal for an alien to reenter this country without permission after that alien has previously been deported, and if so, do you think that it would prevent you from rendering a fair and impartial verdict?

3. This case was investigated by the Customs and Border Protection Agency, which is a division of the Department of Homeland Security, and the Federal Bureau of

Investigation (FBI). Is there anything about your attitude towards Customs and Border Protection or the FBI which would prevent you from rendering a fair and impartial verdict?

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:   /s/ Paul R. Moore
       Paul R. Moore
       Assistant U.S. Attorney
       (617) 748-3654

June 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant Magdy Abdelsalam Hassan, Edward L. Hayden, Esq., on June 24, 2005, by first class mail.

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney
        (617) 748-3654