UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                          ) | CRIMINAL NO. 05-10051-RWZ |
| ) | |
| ) | |
| MAGDY ABDELSALAM HASSAN,   ) | |
| a/k/a Magdy I. Hassan,                 ) | |
| Defendant.            ) | |

STIPULATIONS OF FACT

The parties hereby respectfully agree and stipulate to the accuracy of the following facts in the present matter before this Honorable Court:

1. The defendant was previously deported from the United States to Egypt on or about May 20, 2003.

2. The defendant was again found in the United States, at Boston's Logan International Airport, on or about February 10, 2005.

3. Prior to being found in the United States on or about February 10, 2005, the defendant had not applied for permission to re-enter the United States from the Secretary of the Department of Homeland Security.

4. On or about February 19, 2002, in federal court in the Southern District of New York, the defendant was convicted of a felony, to wit: willfully and knowingly entering into marriage for the purpose of evading the immigration laws, in violation of Title 18, United States Code, Section 1325(c).

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:

        /s/ Paul R. Moore
        Paul R. Moore
        Assistant U.S. Attorney


        MAGDY ABDELSALAM HASSAN
        Defendant

By:

        /s/ Edward L. Hayden
        Edward L. Hayden
        Counsel for the Defendant


DATE: July 22, 2005