UNITED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | 05-10051 |
| | ) | |
| **MAGDY HASSAN** | ) | |

### REQUEST FOR VOIRE DIRE QUESTIONS

Now comes the defendant in the above case and requests that the following be asked of prospective jurors:

The defendant has stipulated that in February 2003 he was convicted of willfully and knowingly entering into marriage for the purpose of evading the immigration laws. That he was deported from the United States to Egypt in May 2003. That he had not applied for permission to reenter the United States from the Secretary of Department of Homeland Security. And that again he was found in the United States at Boston's Logan International Airport in February 2005.

Will the defendant's stipulation to these facts affect your ability to be fair and impartial on the charge of aggravated identity theft.

For the defendant,
/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 Franklin Street
Lynn MA 01902
(781) 599-1190
BBO #226430