UNITED DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **V.** | ) | **05-10051-RWZ** |
| | ) | |
| **MAGDY HASSAN** | ) | |

**DEFENDANT'S PROPOSED EXHIBIT LIST**

Now comes the defendant in the above case and submits the proposed exhibit list.

1. Notice of Custody Determination - October 24, 2000;

2. Notice to Respondent – October 24, 2000;

3. Employment Authorization card signed Magdy A. Hassan, valid 7-12-02 – 7-11-03;

4. Biographic information form G-325A signed Magdy - March 8, 2001.

Respectfully submitted,

/s/ EDWARD L. HAYDEN
EDWARD L. HAYDEN
7 FRANKLIN STREET
LYNN MA 01902
(781) 599-1190
BBO #226430