UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>MAGDY ABDELSALAM HASSAN )<br>a/k/a Magdy I. Hassan, )<br>Defendant. )<br>) | CRIMINAL NO.:05-10051-RWZ |

### DISMISSAL OF INDICTMENT

The United States of America, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Paul R. Moore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby dismisses the original Indictment filed against the defendant in this matter. As grounds for the instant dismissal, the undersigned states that further prosecution of the Indictment would not be in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Paul R. Moore
Paul R. Moore
Assistant United States Attorney

August 24, 2005

Leave to File Granted:

_____
RYA W. ZOBEL
United States District Judge

Date: 8/25/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney for defendant, Magdy Abdelsalam Hassan, Edward L. Hayden, Esq., on August 24, 2005, via first class mail (in addition to a call being placed to the office of Mr. Hayden by the undersigned).

/s/ Paul R. Moore
Paul R. Moore
Assistant U.S. Attorney